The People of the State of Illinois, defendant in error, v. Amantine Martens, plaintiff in error. Gen. No. 8,205.

Heard in this court at the October term, 1929. Opinion filed August 11, 1930.

Schriver & Schriver, for plaintiff in error. Oscar E. Carlstrom, Attorney General, and Benjamin S. Bell, State's Attorney, for defendant in error; Dan H. McNeal, of counsel.

Mr. Justice Jones delivered the opinion of the court.

Joseph H. Felderer, administrator of the estate of Andrew Wagner, deceased, appellant, v. Frank Dietz, appellee. Gen. No. 8,229.

Heard in this court at the May term, 1930. Opinion filed August 15, 1930. Rehearing denied October 15, 1930.

George V. McIntyre, Sidney H. Block and Jack E. Bairstow, for appellant. Clarence W. Diver and Cassels, Potter & Bentley, for appellee; Kenneth B. Hawkins, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

Lulu Jordan, appellee, v. A. H. Nordell, appellant. Gen. No. 8,236.

Heard in this court at the May term, 1930. Opinion filed August 15, 1930.

Large & Reno and W. J. Berry, for appellant. Hinchcliff, Miller & Thomas, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

Herbert M. Livingston, administrator of the estate of Louis N. Wente, deceased, appellee, v. Jacob C. Lutz, appellant. Gen. No. 8,196.

Heard in this court at the May term, 1930. Opinion filed September 2, 1930.

Gerald A. Connor and Arley Munts, for appellant. Wm. K. Bracken and Milton Schwind, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.